472 A.2d 232

Commonwealth v. Africa, Appellant.

Submitted September 9, 1983.   Richard E. Johnson, for appellant;   Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.